AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAVIER FERNANDO TORRES-FLORES, | ) | Case No. 22-cr-264-PAB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JAVIER FERNANDO TORRES-FLORES,                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

  8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction


Date:     08/17/2022                                                                         s/ S.J. Apodaca
                                                                                                   *Issuing officer's signature*

City and state:     Denver, Colorado                                                Jeffrey P. Colwell, Clerk U.S. District Court
                                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                                    _____ |
|                                                                                             *Arresting officer's signature* |
|                                                                                             _____ |
|                                                                                             *Printed name and title* |