IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00264-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JAVIER TORRES-FLORES,

    Defendant.
_____

### NOTICE OF RELATED CASE
_____

The United States of America, by and through the undersigned Assistant United States Attorney, files its Notice of Related Case pursuant to Rule 50.1(c) of the Local Rules of Practice. As grounds:

    1.    Defendant's new case is related to Case Number 17-cr-00010-RBJ-2, which is assigned to Judge Jackson. Defendant is currently on supervised release in that case.

    2.    An indictment against Javier Torres-Flores is presently pending in this case in this District.

    3.    Wherefore, the government respectfully requests that this case be assigned to Judge Jackson, as a "related" case under Local Rules of Practice.

Dated this 25th day of August, 2022.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  *s/Albert Buchman*
      Albert Buchman
      Assistant U.S. Attorney
      U.S. Attorney's Office
      1801 California St., Ste. 1600
      Denver, CO 80202
      Telephone: 303-454-0100
      Fax: 303-454-0406
      E-mail: al.buchman@usdoj.gov
      *Attorney for the Government*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of August, 2022, I electronically filed the foregoing **NOTICE OF RELATED CASE** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                        *s/Maggie Grenvik*
                                        Maggie Grenvik
                                        Legal Assistant