IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 22-cr-00264-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAVIER FERNANDO TORRES-FLORES,

    Defendant.

## ORDER

This matter comes before the Court on the government's Notice of Related Cases [Docket No. 4]. It is

**ORDERED** that the request of the United States to transfer this case to Senior Judge R. Brooke Jackson is denied.

DATED August 26, 2022.

                                          BY THE COURT:

                                          PHILIP A. BRIMMER
                                          Chief United States District Judge