IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00264-PAB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JAVIER FERNANDO TORRES-FLORES**

    Defendant.

**NOTICE OF APPEARANCE**

COMES NOW, Lindsay Brown as CJA counsel, and hereby enters her appearance in the above captioned case on behalf of Javier Fernando Torres-Flores.

DATED this 31st day of August 2022.

    Respectfully submitted,
    By: s/ Lindsay Brown

    Lindsay Brown, Atty Reg No. 41212
    2nd-Chair, LLC
    1600 Stout Street Suite 1400
    Denver, CO 80202
    Telephone: 303-868-5170
    LindsayR@2nd-chair.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I filed the foregoing entry of appearance with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties:

United States Attorney's Office – District of Colorado

s/ Lindsay Brown
Lindsay Brown
2nd-Chair, LLC
Denver, Colorado
