AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 SEP -7 AM 11: 21
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br>JAVIER FERNANDO TORRES-FLORES,<br><br>*Defendant* | )<br>)<br>) Case No. 22-cr-264-PAB<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAVIER FERNANDO TORRES-FLORES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry after Removal Subsequent to an Aggravated Felony Conviction

Date:   08/17/2022

s/ S.J. Apodaca
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/17/22, and the person was arrested on *(date)* 8/31/22
at *(city and state)* Denver, CO.

Date: 8/31/22

*Arresting officer's signature*

C. BLISS DEO/USMS
*Printed name and title*