IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00264-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**JAVIER FERNANDO TORRES-FLORES**

    Defendant.

**NOTICE OF DISPOSITION**

The Defendant, Javier Fernando Torres-Flores, by and through his attorney Lindsay Brown, hereby gives notice to the Court that the parties have reached a disposition in this matter involving a change of plea by the Defendant.

DATED this 26th day of October 2022.

    Respectfully submitted,

    *s/ Lindsay Brown*

    Lindsay Brown, Atty Reg No. 41212
    2nd-Chair, LLC
    1600 Stout Street Suite 1400
    Denver, CO 80202
    Telephone: 303-868-5170
    LindsayR@2nd-chair.com

**UNITED STATES DISTRICT COURT**

## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2022, I filed the foregoing Notice of Disposition with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the court and following parties:

United States Attorney's Office – District of Colorado

s/ Lindsay Brown
Lindsay Brown
2nd-Chair, LLC
Denver, Colorado
