IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00264-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAVIER FERNANDO TORRES-FLORES,

    Defendant.

_____

**RESPONSE TO THE DEFENDANT'S OBJECTIONS TO THE PRE-SENTENCE REPORT**
_____

The United States of America, by and through United States Attorney Cole Finegan and Assistant United to Attorney Albert Buchman, respectfully files this Response to the defendant's "Objection to Pre-Sentence Report," ECF 26. Unless separately noted, all of the defendant's objections impact the advisory guideline range.

<u>Response to Objection 1, regarding paragraphs 21-22</u>: The government agrees with the PSR's calculation.

<u>Response to Objection 2, regarding paragraph 23:</u> The government agrees with the PSR's calculation.

<u>Response to Objection 3, regarding paragraph 27</u>: The government agrees with the PSR's calculation.

<u>Response to Objection 4, regarding paragraph 31</u>: The government agrees with the PSR's calculation.

Response to Objection 5, regarding paragraph 33: The government agrees with the PSR's calculation regarding application of criminal history points.

The defendant's objection to the facts detailed in paragraph 33 do not impact the advisory range. *See* Fed. R. Crim. P. 32((f)(3)(B). Whether the defendant actually entered a habitation or acted merely an accomplice under Texas Penal Code §§ 7.01 and 7.02 (which need not be alleged under Texas law), the defendant still committed the offense detailed in the PSR.

Response to Objection 6, regarding paragraph 38: the government agrees with the PSR's calculation.

Response to Objection 7, regarding paragraph 82: the government agrees with the PSR's calculation.

DATED this 25th day of January, 2023.

COLE FINEGAN
United States Attorney

*/s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.Buchman@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

<u>/s/ *Albert Buchman*</u>
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.Buchman@usdoj.gov