Señor phillip Brimmer
Reciba de mi parte
Muy Buenas tardes Reciba de mi un Respetuoso saludo Señor Juez me dirijo asia usted para comentarle que soy la madre de Javier Bernardo Perez un joven educado pues en mi casa se le an enseñado prinsipios el joven a tenido que emigrar por la falta de oportunidades en nuestro pais y tambien por los grupos anti sociales ya que el nunca a querido pertenecer a grupos de pandillas me lo amenazan diciendole que lo van a matar porque no se mete andar con ellos pues le cuento que en diciembre me tiraron dos cadaver descuartisados en mi casa a mi tambien me sacaron de mi casa con dos menores yo les ruego a ustedes me ayuden con mi hijo pues yo soy diabética, epertensa padesco de tiroide me operaron de un tumor de canser con lo poco que el ganaba me compraba el medicamento para mi el tambien se fue a mexico huyendo de las pandillas el estuvo enfermo de su garganta ya que se le bajo la infeccion de las caries a la garganta temo por su vida y yo le pido perdon si como madre sin mas que decir me despido de usted dios lo Bendiga Siempre