EXHIBIT D

Jardín de Niños: Humberto Rivera Torres
de: Cedros, F.M. Honduras C.A.
17/01/2023.

Señor Juez: Chief Judge Phillip Brimmer

Constancia de Conducta.
La suscrita ex Directora del Jardín de niños Humberto Rivera Torres de Cedros Francisco Morazán en uso de las Facultades que las leyes del ramo me confieren por medio de la presente hace constar que el Alumno: Javier Fernando Torres Flores esta matriculado en este Centro Educativo en el Area de Preparatoria demostrando Capacidad y esmero de aprender Observando una muy buena Conducta.

Quiero mencionar que: Javier Fernando Torres flores es hijo de Meisy Anabell Torres Flores Madre Soltera de escasos recursos económicos por lo que se vió obligada a migrar a Tegucigalpa M.D.C. en donde después de tantos esfuerzos logro poner un puesto de ropa en el Lugar llamado la Isla. mientras el tiempo transcurría le

iva muy bien para así poder sostener a su familia lo que nunca se imaginó esque allí operaba una banda que se encargaba de sobornar y atrapar jovenes de su edad a unirse a su banda gracias a Dios el pudo comunicarselo a su Madre por lo que decidieron ella regresar a su pueblo y el migrar hacia EE.UU. ya que era perseguido tanto que se fueron dejando todo en ese lugar para no levantar sospechas.

Puedo decir que el Hondureño: Javier Fernando Torres flores mayor de edad con número de identidad:

Con domicilio en E.E.UU. en nuestro País ha demostrado ser una persona responsable Colaboradora presentando una Conducta intachable digno de Plena Confianza, por lo consiguiente doy fé que conozco de: vida, vista, trato y Comunicación a mi ex alumno Javier Fernando Torres Flores.

Y para los fines que el interesado estime Conveniente firmo la presente a los diez y siete días del mes de Enero 2023.

Atte: Vilma Suyapa Hernández Torres.
Ex Directora