Parroquia SAN JOSE, Arquidiócesis de Tegucigalpa
Iglesia Católica, Cedros F.M
E-mail: parroquiasanjose1572@gmail.com, luke_misericordia@yahoo.com, Honduras C.A



**EXHIBIT G**

## CONSTANCIA

Deseando éxito en sus labores diarias

Yo Padre: **Mario Alonso Luque Vasquez**, Párroco de la Parroquia San José, con sede en el municipio de Cedros Francisco Morazán y perteneciente a esta Arquidiócesis de Tegucigalpa Iglesia Católica de Honduras.

Por medio de la presente hago constar que Conozco a: Javier Fernando Torres Flores, con número de identidad 0803- 1996-00295, procede de una familia eminentemente católica, donde ha demostrado buen comportamiento en este Municipio.

Par los fines que desee se firma la presente en Cedros F. M: a 19 de enero del 2023

