**EXHIBIT J**

## Exhibit A

Good afternoon from me. I'm writing this so you that I am the mother of Javier Fernando Torres-Flores. He is an educated young man. He immigrated for opportunities and things that were happening in our country and also for the gangs. He did not want to participate in the gang activity. They threatened me as well saying they were going to kill him because he didn't want to run with them. In one December, they threw two dead bodies they were dismembered to my house. They threw me out of my house with two young people. I beg you to help me with my son. I am diabetic with hypertension. I suffer and they operated on a cancerous tumor. With the little that he earned he would buy me medicine. He also went to Mexico fleeing the gangs. He was sick in his in his throat with cavities of the throat. I fear for his life and I ask you pardon his life. Without anything more to say I say goodbye. May god bless you always.

## Exhibit D

Kindergarten n: Humberto de: cedars FM Honduras C.A. Rivera Torres 01/17/2023.

Lord Judge: Chief Brimmer Judge Phillip Record of Conduct. The undersigned ex Director of the Garden of Humberto children - Rivera Torres de Cedros Fransico Horazan in use of the faculties laws of the branch confirm me by means of this letter that the Student: Javier Fernando Torres Flores was enrolled in an educational center in the Area, demonstrating Ability and dedication to learn Observing a very good behavior. I want to mention that: Javier Fernando Torres Flores is the son of Meisy Anabell Torres Flores Single mother with limited economic resources, for which she was forced to a migratory to Tegucigalpa M.D. C. where you give because of so many efforts I manage to put a clothing stall in the place called the Isla.

As time passed He was doing very well so he could support his family, what he never imagined is that there was a gang that was in charge of bribing and trapping young people his age to join his gang, thank God he was able to communicate with his mother for what they decided she returned to her people and the migrant to E.E. U.U. And because he was persecuted so much that they left everything in that place so as not to arouse suspicion. I can say that the Honduran Javier Fernando Torres Flores of legal age with an identity number residing in the United States in our country has proven to be a responsible, collaborating person presenting an irreproachable conduct worthy of full trust, therefore I attest that I know from life, sight , treatment and communication to my former student Javier Fernando Torres Flores and for the purposes that the interested party deems appropriate, I sign this document on the seventeenth day of the month of January 2023.

Sincerely,
Vilma Suyapa Hernandez Torres Former Director

## Exhibit E

Tegucigalpa M.D.C, Honduras.
January 19, 2023.
Dear Chief Judge Phillip Brimmer.
My name is Yeimi Velasquez, a childhood friend of the young Fernando Javier Torres Flores, they told me to tell you about the tragic situation that we live in this country. In the case of Fernando Javier Torres, he is an honest person, very hardworking and intelligent, but unfortunately in this country there are no opportunities, the government does not give scholarships so that young people can study, there is a lot of insecurity and unemployment. The reason why Javier had to migrate to The United States of America went because he was being forced to belong to a gang, he did not want to belong to those antisocial groups that are dedicated to doing illegal acts, that is why he migrated from this country, when he returned to Honduras his life was in danger. I hope you can give him an opportunity to show and prove to you that he is a changed human being to better himself and to better his future.

Sincerely,
Yeimi Velasquez


## Exhibit F

Teguelgalpa, to M.D. C. Honduras January 19, 2023

Dear: Chief Judge Phillip Brimmer. Receive from me a cordial greeting and multiple blessings. My name is Edwin Roberto Banegas López, Teacher of Secondary Education, family and friend, of the young Fernando Javier torres flores. The purpose of this letter is to tell you about the serious situation that we go through day by day in our lives, reasons why many Honduran brothers decide to emigrate to other countries, the United States being the main destination. This being one of the reasons why Javier had to leave the country since gangs were forcing him to belong to them, he refused at all times and decided to emigrate to the United States. Currently he continues to receive joint threats against his mother and other family members and in any case if he returns to the country his life and his mother's wedding would be in total danger, so we pray for the opportunity for him to remain in the United States .
I appreciate the time you have taken and listen to these words I hope that your hard work continues as you have done to this day.

sincerely,
Edwin Roberto Banegas Lopez

## Exhibit G

Dear Chef Judge Phillip Brimmer,
    Wishing you success in your daily work.
I Father: Mario Alonso Luque Vasquez, Parish Priest of the San José Parish, based in the municipality of Cedros Francisco Morazán and belonging to this Archdiocese of Tegucigalpa Catholic Church of Honduras. I hereby certify that I know: Javier Fernando Torres Flores, with identity number 0803-1996-00295, comes from an eminently Catholic family, where he has demonstrated good behavior in this Municipality and wants to better for not just his family but for himself. For the purposes you wish, this is signed in Cedros F. M: on January 19, 2023.

## Exhibit H

Hello my name Cristian Torres Flores

Dear Judge Phillip Brimmer, the reason for this is to let you know about my brother Javier Fernando Torres Flores, he is a great human being, it is not because he is my brother but when he works and earns his money and he sent us some money so that we can help ourselves here and help our children with education since the government does not help us at all, the situation is very difficult since the jobs they give us are also very poorly paid My brother helped people in need a lot, either with food, clothes and cash, and he is afraid to come here to Honduras since he has many tattoos on his body and here the gangs do not allow people with tattoos in his body circulate freely, we hope and confirm that he may have a chance to stay in the United States. Thank you very much for reading my letter. God bless you

sincerely,
Christian Torres

## Exhibit I

December 19, 2023

Dear judge,
My name is Olivia Márquez, I am the aunt of Alexis Corina Marquéz Alvarado. I take into account the situation of my niece's boyfriend Javier Fernando Torres Flores. He comes from a country where there is a lot of violence related to gangs. If you end up deporting him to Mexico, they will both stay with me in Ciudad Jarez, Chihuahua, Mexico. Thanks to your time.

Sincerely,

Olivia Marquez