IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 22-cr-00264-PAB | Date:  February 24, 2023 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Kevin Carlin |
| Probation Officer:   Kelly Muller | Interpreter:  Cathy Bahr |

| <u>Parties:</u> | <u>Counsel:</u> |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
|     Plaintiff, | |
| v. | |
| 1.   JAVIER FERNANDO TORRES-FLORES, | Lindsay Brown |
|     Defendant. | |

## COURTROOM MINUTES

### SENTENCING HEARING

**9:00 a.m.      Court in session.**

Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by Mr. Torres-Flores.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:** Government's Motion for a One-Level Downward Departure [28] is GRANTED.

**ORDERED:** Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to USSG § 3E1.1(b) [29] is GRANTED.

**ORDERED:** Defendant's Motion for Downward Departure Pursuant to U.S.S.G. §4A1.3(b) [33] is DENIED.

**ORDERED:** Defendant's Motion for Variance Pursuant to 18 U.S.C. 3553(a) [35] is DENIED.

**ORDERED:** Defendant shall be imprisoned for 21 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

Defendant advised of right to appeal.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

**9:45 a.m.**     Court in recess.

Hearing concluded.
Total time in court:    00:45